UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS WEBBER,

                          Plaintiff,

-against-

SUFFOLK COUNTY, New York,
ROBERT WARING, in his Official Capacity,
MICHAEL KOMOROWSKI, Individually, and
CHRISTOPHER LOVE, Individually,

                          Defendants.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

24-cv-06387(GRB)(JMW)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:    Hauppauge, New York
             January 7th, 2025

_Amy L. Bellantoni_
By: **Amy L. Bellantoni**
Attorney for Plaintiff
The Bellantoni Law Firm, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583

_[signature]_
Christopher J. Clayton
Suffolk County Attorney
By: Arlene S. Zwilling
Assistant County Attorney
Attorney for Defendants
100 Veterans Memorial Highway
Hauppauge, New York 11788

**SO ORDERED:**

**Dated: New York**

_____, 2025

**Hon. Gary R. Brown, U.S.D.J.**