UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS WEBBER,

                                      Plaintiff,

-against-

SUFFOLK COUNTY, New York,
ROBERT WARING, in his Official Capacity,
MICHAEL KOMOROWSKI, Individually, and
CHRISTOPHER LOVE, Individually,

                                      Defendants.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

24-cv-06387(GRB)(JMW)

FILED
CLERK
2/4/2025 11:57 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:   Hauppauge, New York
           January 7th, 2025

*Amy L. Bellantoni*
By: **Amy L. Bellantoni**
Attorney for Plaintiff
The Bellantoni Law Firm, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583

Christopher J. Clayton
Suffolk County Attorney
By: Arlene S. Zwilling
Assistant County Attorney
Attorney for Defendants
100 Veterans Memorial Highway
Hauppauge, New York 11788

**SO ORDERED:**

**Dated: New York**

February 4, 2025

*/s/ Gary R. Brown*
**Hon. Gary R. Brown, U.S.D.J.**